**No. 51788.**—Brunswig Drug Co. et al. *v.* United States, protests 913315–G, etc. (Los Angeles).

Opinion by OLIVER, P. J.   The protests were dismissed.